## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    vs.<br><br>JOSEPH SHWEKI,<br><br>          Defendant. | **8:19-CR-246**<br><br>**ORDER ON MOTION TO DISMISS** |

This matter is before the Court on the Government's Motion to Dismiss the Petition for Offender under Supervision. Filing 33. The Court finds that the Motion should be granted pursuant to Federal Rule of Criminal Procedure 48(a). Accordingly,

IT IS ORDERED:

1.  The Government's Motion to Dismiss, Filing 33, is granted; and

2.  The Petition for Offender under Supervision, Filing 23, is dismissed.

Dated this 13th day of March, 2023.

BY THE COURT:

Brian C. Buescher
United States District Judge